JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN CHEN,** | ) | |
| Petitioner, | ) | No. EDCV 15-1261-JGB (AJW) |
| vs. | ) | |
| **FEDERAL BUREAU OF PRISONS** | ) | JUDGMENT |
| Respondent. | ) | |

**IT HEREBY IS ADJUDGED** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: July 15, 2015

_____
Jesus G. Bernal
United States District Judge